IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2020 FEB 14 PM 2:45

CLERK-LAS CRUCES

ANTHONY DAVID TEAGUE

    Movant,

vs.

    No. CV 07-0326 RB/LCS
    No. CR 03-1133 RB

UNITED STATES OF AMERICA,

    Respondent.

## MOVANT'S RESPONSE TO SHOW CAUSE ORDER

Movant pro se, Anthony David Teague, expressly does not object to filing restrictions being imposed that were explained in the Court's most recent Order filed on 02/04/20 (Doc. 35) as he does not intend to file any further actions challenging his conviction in No. CR 03-1133 RB. Movant apologizes for the waste of time his most recent volley of motions caused, but also notes that some confusion was likely caused by the motions being filed out of sequence by the clerk's office.

Repsectfully submitted this 8th day of February, 2020,

X _Anthony David Teague_
Anthony David Teague #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
MOVANT PRO SE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2020 FEB 14 PM 2:46

CLERK-LAS CRUCES

ANTHONY DAVID TEAGUE
    Movant,

vs.                                        No. CV 07-0326 RB/LCS

UNITED STATES OF AMERICA,
    Respondent.

## FIFTH RULE 60(b) MOTION

    Movant Pro Se, Anthony David Teague, makes this Motion for Relief From Judgment pursuant to Fed. R. Civ. P. 60(b). Movant seeks to have the August 16th, 2007 Order and Judgment (Docs. 16 & 17) vacated and for the case to be reopened. This motion challenges only a procedural ruling of the court which precluded a merits determination in that he was denied Due Process when the court denied his motion to appoint counsel on 06/12/07. Movant requests this motion be considered individually and not collectively with any other motion or filing.

    The Court should have appointed counsel as the §2255 was both factually and legally complex. Movant demonstrated that he did not understand the issues and was not capable of presenting his claims. The court was clearly already on notice of the fact that the Movant is afflicted with a mental disability which impairs his ability to self-advocate as he was ordered by this court to attend mental health counseling sessions and take psychotropic medication as part of his sentencing on the criminal case. His conditions of supervision were especially unique in that he was not permitted to contact the court except through counsel. The U.S. Attorney's Response to his §2255 motion also noted that movant "fail[ed] to fully articulate his pleadings". Movant was incarcerated, indigent, and unable to afford counsel. The only justification the Court provided for the denial of appointment of counsel was "this motion is not well taken".

    Movant prays the court to vacate its judgment and any other relief to which he is legally and justly entitled in this proceeding.

Respectfully submitted this 8th day of February, 2020,

X *Anthony David Teague*
Anthony David Teague #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
MOVANT PRO SE

Anthony David Teague #1236916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 14 2020

MITCHELL R. ELFERS
CLERK OF COURT

LEGAL MAIL
privileged and
confidential

United States Courthouse
Office of the Clerk
100 N. Church Street
Las Cruces, NM 88001

11 FEB 2020 PM 2 L

SCREENED BY CSO
FEB 14 2020